**UNITED STATES of America, Plaintiff–Appellee**

v.

**Marcus Ray BOYKIN, Defendant–Appellant.**

No. 07–40255
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

April 16, 2008.

Robert Lavelle Hobbs, Assistant U.S. Attorney, U.S. Attorney's Office, Eastern District of Texas, Beaumont, TX, for Plaintiff–Appellee.

Marcus Ray Boykin, pro se.

---

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Marcus Ray Boykin has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Boykin has filed a response. Our independent review of the record, counsel's brief, and Boykin's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2. The Government's motion to dismiss is DENIED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.